# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY RONNINGEN CHURCH, et al., | Case No.: 1:19-cv-00915 - JLT |
| Plaintiffs, | ORDER DIRECTING PLAINTIFF TO FILE A MOTION FOR APPOINTMENT OF A GUARDIAN AD LITEM |
| v. | |
| SCOTT KERNAN, et al., | ORDER CONTINUING THE SCHEDULING CONFERENCE TO DECEMBER 11, 2019 |
| Defendants. | |

Plaintiffs contend the defendants are liable for violations of their civil rights and those of Daniel Church, who died while in custody. (Doc. 1) D.C., the son of decedent, seeks to bring his claims through Cheyenne Dakota Morales, his legal guardian. (*See id.* at 2) Pursuant to Local Rule 202,

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor or incompetent person, the attorney representing the minor or incompetent person shall present (1) appropriate evidence of the appointment of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court, or, (3) a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person.

*Id.* (citing Fed. R. Civ. P. 17(c)). Though the complaint acknowledges a guardian is necessary in this case, Ms. Morales has failed to seek appointment. Because the claims of a minor may only be brought "by a next friend or a guardian ad litem," a guardian must be appointed to protect his interests. *See* Fed. R. Civ. P. 17(c)(2).

1

Accordingly, the Court **ORDERS**:

1. Plaintiffs **SHALL** file a motion for Ms. Morales to be appointed as guardian ad litem for minor plaintiff D.C. no later than **October 18, 2019**; and
2. The Scheduling Conference set for October 7, 2019 is **CONTINUED** to December 11, 2019 at 9:15 a.m.

IT IS SO ORDERED.

Dated: **September 17, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE