# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY RONNINGEN CHURCH, et al., | Case No.: 1:19-cv-00915- DAD JLT |
| Plaintiffs, | ORDER VACATING SCHEDULING CONFERENCE |
| v. | |
| SCOTT KERNAN, et al., | |
| Defendants. | |

The Court has issued findings and recommendations to dismiss the action due to the plaintiffs' failure to prosecute the action and comply with the Court's orders. (Doc. 5) Thus, the scheduling conference set on December 11, 2019 is VACATED.

IT IS SO ORDERED.

Dated: **December 6, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE