UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY RONNINGEN CHURCH, as the Administrator of the Estate of Daniel Church; et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT KERNAN, Secretary of the California Department of Corrections and Rehabilitation; et al., <br><br> Defendants. | No. 1:19-cv-0915-DAD-JLT <br><br> <u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THIS ACTION WITHOUT PREJUDICE</u> <br><br> (Doc. No. 5) |

Plaintiffs Judy Ronningnen Church, the administrator of the estate of Daniel Church, and Daniel Church, Jr., by his legal guardian Cheyenne Dakota Morales, are proceeding in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiffs allege that defendants are liable for civil rights violations related to the death of Daniel Church, a state prisoner who died while in custody at Wasco State Prison. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 18, 2019, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed due to plaintiffs' failure to comply with the Local Rules and the court's orders and also due to their failure to prosecute the action. (Doc. No. 5.) The findings and recommendations were served on plaintiff and contained notice

1

that any objections thereto must be filed within fourteen (14) days after service of the order. (*Id.* at 5.) No objections have been filed and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on November 18, 2019 (Doc. No. 5) are adopted in full;
2. This action is dismissed without prejudice; and
3. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: **January 12, 2020**

UNITED STATES DISTRICT JUDGE